1024

[No. 72004-0-I.   Division One.   November 23, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD ARTHUR GRANT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-09656-7, Jeffrey M. Ramsdell, J., entered May 28, 2014. *Affirmed in part* and *reversed in part* by unpublished opinion per Becker, J., concurred in by Cox and Leach, JJ.

[No. 72304-9-I.   Division One.   November 23, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY GRANT BEESON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-13867-7, Elizabeth J. Berns, J., entered July 11, 2014. *Affirmed* by unpublished opinion per Lau, J., concurred in by Verellen, A.C.J., and Trickey, J.

[No. 72390-1-I.   Division One.   November 23, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. BASHIR ABDIRASHID MOHAMED, *Defendant*, MOHAMED A. AHMED, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-14473-1, William L. Downing, J., entered August 5, 2014. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Verellen, A.C.J., and Lau, J.

[No. 72410-0-I.   Division One.   November 23, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. YEMANE TEKLAI WELDESELASE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-13409-4, Theresa B. Doyle, J., entered August 15, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Verellen, A.C.J., concurred in by Lau and Trickey, JJ.